UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                  CASE NO. 13 B 41133
                                        CHAPTER 13
BETTY COOPER

                                        JUDGE JACQUELINE P COX

    DEBTOR                              **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WILMINGTON SAVINGS FUND

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 4 | XXXXXX2530 | $980.94 | $980.94 | $980.94 |
| Total Amount Paid by Trustee | | | | | $980.94 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-41133-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 2nd day of August, 2016.

| | |
|---|---|
| Debtor:<br>BETTY COOPER<br>15526 VINCENNES RD<br>PHOENIX, IL 60426 | Attorney:<br>THE SEMRAD LAW FIRM LLC<br>20 S CLARK ST 28TH FLR<br>CHICAGO, IL 60603<br>via Clerk's ECF noticing procedures |
| Creditor:<br>WILMINGTON SAVINGS FUND<br>% FAY SERVICING<br>939 W NORTH AVE 3680<br>CHICAGO, IL 60642 | Mortgage Creditor:<br>FAY SERVICING<br>% ALDRIDGE CONNORS LLP<br>3575 PIEDMONT RD NE #500<br>FIFTEEN PIEDMONT CENTER<br>ATLANTA, GA 30305 |
| Creditor:<br>FAY SERVICING LLC<br>939 W NORTH AVE # 650<br>CHICAGO, IL 60642 | Mortgage Creditor:<br>ANSELMO LINDBERG OLIVER<br>1771 W DIEHL RD #120<br>NAPERVILLE, IL 60563 |

ELECTRONIC SERVICE - United States Trustee

Date: August 02, 2016                         /s/ TOM VAUGHN
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE
                                              55 E. MONROE STREET, SUITE 3850
                                              CHICAGO, IL 60603